STATE OF NEW JERSEY v.
EDWARD FRANCIS Mc NAMARA, JR.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY HART.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH F. STURN.

June 30, 1972. Petition for certification denied. (See 119 *N. J. Super.* 80)

MERCER COUNCIL NO. 4, NEW JERSEY CIVIL SERVICE ASSN., INC., *ET AL.* v. JAMES A. ALLOWAY, PRESIDENT NEW JERSEY CIVIL SERVICE COMMISSION, *ET AL.*

June 30, 1972. Petition and cross petition for certification granted. (See 119 *N. J. Super.* 94)

MELVIN LEMBERG, *ET AL.* v.
BOROUGH OF ATLANTIC HIGHLANDS, *ET AL.*

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY KURTZ.

June 30, 1972. Petition for certification denied.